UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SIMMIE L. HILL<br>    LA. DOC #266756<br>VS. | CIVIL ACTION NO. 09-0811<br>SECTION P<br>CHIEF JUDGE JAMES |
| LYDIA SMITH, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 10] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's civil rights action is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

Monroe, Louisiana, January 12, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE